# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

MIGDALIA RIVERA,

                Plaintiff,

v.                                               Case No. 8:22-cv-715-JRK

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

                Defendant.

_____/

### O R D E R [1]

    This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 21; "Motion"), filed October 7, 2022, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1-2. Plaintiff has no objection to the Motion, see id. at 1, and such a disposition is clearly within the Court's authority, see Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

    **ORDERED:**

    1.    Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 21) is **GRANTED**.

---

[1]    The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. See Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. No. 10), filed August 10, 2022; Reference Order (Doc. No. 13), entered August 10, 2022.

2.     The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

> The Commissioner will further evaluate the jobs available to the claimant in the national economy, considering whether there is a borderline age situation in accordance with HALLEX I-2-2-42; update the administrative record; and issue a new decision.

3.     The Clerk is further directed to close the file.

4.     In the event benefits are awarded on remand, Plaintiff's counsel shall ensure that any § 406(b) fee application be filed within the parameters set forth by the Standing Order on Management of Social Security Cases entered on December 7, 2021 in Case No. 3:21-mc-001-TJC (Doc. No. 43, ¶¶ 6, 8).

**DONE AND ORDERED** in Jacksonville, Florida on October 12, 2022.

JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record